IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
APR 0 3 2008
Apr 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| POLARIS SALES INC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. **08CV1924** |
| ) | |
| HSBC BANK NEVADA, N.A., ) | **JUDGE ZAGEL** |
| Defendant. ) | **MAGISTRATE JUDGE MASON** |

### NOTICE OF MOTION

TO: Brian D. Hughes
Executive Vice President
HSBC Bank Nevada, N.A.
2700 Sanders Road
Prospect Heights, IL 60070

PLEASE TAKE NOTICE that on _April 8_, 2008, at _10:15 A.M._ or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge **JUDGE ZAGEL**, or such other judge as may be sitting in his/her place and stead, in the courtroom usually occupied by him/her in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there move the Court in accordance with Polaris Sales Inc.'s Motion for Restricting Order.

POLARIS SALES INC.

By: _____
One of its attorneys

Thomas M. Lynch (6197698)
James J. Hegarty (6280186)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 201-2000

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, James J. Hegarty, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF MOTION via hand delivery to:

>Brian D. Hughes
>Executive Vice President
>HSBC Bank Nevada, N.A.
>2700 Sanders Road
>Prospect Heights, IL 60070

on this 3rd day of April, 2008.

_____
James J. Hegarty