FILED
APR 0 3 2008
Apr 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POLARIS SALES INC., <br><br> Plaintiff, <br><br> v. <br><br> HSBC BANK NEVADA, N.A., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) 08CV1924 <br> ) JUDGE ZAGEL <br> ) MAGISTRATE JUDGE MASON <br> ) <br> ) <br> ) |

### PLAINTIFF'S DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the Northern District of Illinois, Plaintiff Polaris Sales Inc. states that it is a wholly owned subsidiary of Polaris Industries Inc.

Dated: April 3, 2008

POLARIS SALES INC.

By: _____
One of its attorneys

Thomas M. Lynch (6197698)
James J. Hegarty (6280186)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 201-2000

*Attorneys for Plaintiff*