IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POLARIS SALES INC., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08 C 1924 |
| | ) |
| HSBC BANK NEVADA, N.A., | ) Honorable James B. Zagel |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on April 17, 2008, I caused to be filed the with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division the attached Affidavit of Special Process Server.

                                WILDMAN, HARROLD, ALLEN & DIXON LLP

                       By:   /s/ James J. Hegarty
                              One of the Attorneys for Plaintiffs

Thomas M. Lynch  (6197698)
lynch@wildman.com
James J. Hegarty  (6280186)
hegarty@wildman.com
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 201-2000

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 08CV1924
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Philip Alkhoury**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **HSBC Bank Nevada, N.A.** by leaving a copy with **R. Binder, Legal Secretary and Authorized Person**, on **April 4, 2008**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**        RACE: **Caucasian**        APPROXIMATE AGE: **55-60**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **26525 N. Riverwoods, Mettawa, IL 60045**
TIME OF DAY: **4:05 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This 7th day of **April 2008**.

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

Philip Alkhoury
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
### CASE NO. 08CV1924
### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Philip Alkhoury**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

        ( ) Summons & Complaint
        ( ) Citation to Discover Assets
        ( ) Rule to Show Cause
        ( ) Subpoena
        ( ) Other:

1.   ( ) By leaving a copy with the named party, ------- personally on -------.

2.   ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.   ( ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4.   ( ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: -------        RACE: -------        APPROXIMATE AGE: -------

5.   ( ) That the place where and the time of day when the documents were served were as follows:

PLACE: -------
TIME OF DAY: -------

6.   ( X ) That he was unable to serve the within named party **HSBC Bank Nevada, N.A.** located at **2700 Sanders Rd., Prospect Heights, IL 60070** for the reason: **Attempted service on 4/4/08 @ 3:50pm and per security, Elvira, (Female, Hispanic, 25-30) subject moved one month ago; now located at 26525 N. Riverwoods, Mettawa, IL 600465. Therefore I was unable to locate the subject and effect service.**

Signed and Sworn to before me
This **7th** day of **April 2008**.

_____
Philip Alkhoury
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Polaris Sales Inc.

V.

HSBC Bank Nevada, N.A.

CASE 08CV1924
JUDGE ZAGEL
ASSIGNED MAGISTRATE JUDGE MASON

DES......
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

HSBC Bank Nevada, N.A.
2700 Sanders Road
Prospect Heights, IL 60070

ATTN: Brian D. Hughes, Executive Vice President

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Lynch
James J. Hegarty
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

APR 0 3 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|   |   |   |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                         *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.