IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POLARIS SALES INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 1924 |
| ) | |
| v. ) | Judge Zagel |
| ) | |
| HSBC BANK NEVADA, N.A., ) | Magistrate Judge Mason |
| ) | |
| Defendant. ) | |

### UNCONSTESTED MOTION FOR EXTENSION OF TIME
### TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant HSBC Bank Nevada, N.A. ("HSBC"), hereby requests an extension of time of seven (7) days in which to answer or otherwise respond to the complaint filed against it by Polaris Sales Inc. ("Polaris"). In support of its motion, HSBC states as follows:

1. Polaris filed its complaint in this matter on April 3, 2008, and the summons was issued on the same day. The complaint was served on HSBC on the following day, April 4, 2008.

2. HSBC therefore has until April 24 to answer or otherwise respond to the complaint.

3. Undersigned counsel have been working diligently on HSBC's response to the complaint, but require additional time to complete it. HSBC hopes and expects to be able to file its response to the complaint on or before May 1, 2008.

4. Counsel for plaintiff Polaris has informed undersigned counsel that Polaris agrees to the requested extension and does not contest this motion.

-2-

WHEREFORE, HSBC respectfully requests that this Court grant it an extension of seven (7) days, until May 1, 2008, to answer or otherwise respond to the complaint.

Dated: April 24, 2008

/s/ Linda K. Stevens
Ronald S. Safer
Linda K. Stevens
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
312-258-5500

Attorneys for Defendant
HSBC BANK NEVADA, N.A.

CH2\2456962.1