UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Polaris Sales, Inc.
        Plaintiff,

v.              Case No.: 1:08−cv−01924
              Honorable James B. Zagel

HSBC Bank Nevada, N.A.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 19, 2008:

  MINUTE entry before the Honorable James B. Zagel:Motion for leave to serve/file motion for summary judgment [20] is granted. Motion hearing for 5/20/2008 is stricken. Service of motion for summary judgment due 5/27/2008. Service of response due 6/24/2008. Service of reply due 7/8/2008. Motion filing deadline 7/8/2008. Status hearing [7−9−2008] is reset for 8/13/2008 at 10:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.