IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POLARIS SALES INC., | ) |
| Plaintiff, | ) Case No. 08 CV 1924 |
| v. | ) Judge Zagel |
| HSBC BANK NEVADA, N.A., | ) Magistrate Judge Mason |
| Defendant. | ) |

## NOTICE OF MOTION

**To:**  Thomas M. Lynch
James J. Hegarty
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on Wednesday, August 13, 2008 at 10:00 a.m., or as soon thereafter as counsel may be heard, we will appear before Judge James B. Zagel in Courtroom 2503 in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, or such other judge as may be sitting in his place and stead, and present Defendant's Motion to Strike Polaris' Parol and Other Extrinsic Evidence, a copy of which is served upon you herewith.

Dated: July 8, 2008

/s/ Linda K. Stevens

Linda K. Stevens
Ronald S. Safer
Linda K. Stevens
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
312-258-5500

Attorneys for Defendant
HSBC BANK NEVADA, N.A.

CH2\2599390.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 8, 2008, she electronically filed the foregoing Motion for Summary Judgment, Brief in Support of Motion for Summary Judgment, Rule 56 Statement of Uncontested Facts (Redacted), Notice of Motion and Motion to Strike Polaris' Parol Evidence, HSBC's Reply to Polaris' L.R. 56.1 (b)3(B) Statement, and Reply Brief in Support of Motion for Summary Judgment and in Support of Motion to Strike Polaris' Parol Evidence, with attached Declaration of Victor Jackson, with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the following:

>Thomas M. Lynch
>James J. Hegarty
>Wildman Harrold Allen & Dixon LLP
>225 West Wacker Drive, Suite 3000
>Chicago, Illinois  60606


/s/  Linda K. Stevens

CH2\2457526.1