IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| POLARIS SALES INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 1924 |
| | ) | |
| v. | ) | Judge Zagel |
| | ) | |
| HSBC BANK NEVADA, N.A., | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:   Linda K. Stevens, Esq.
      Schiff Hardin LLP
      6600 Sears Tower
      233 South Wacker Drive
      Chicago, Illinois  60606

PLEASE TAKE NOTICE that on Tuesday, July 22, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel or any judge sitting in his stead, in Room 2503 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached Polaris Sales Inc.'s Motion For Leave to File Additional Statements of Fact *Nunc Pro Tunc*, a copy of which is hereby served upon you.

POLARIS SALES INC.

By:   /s/ Thomas M. Lynch
      One of its attorneys

Thomas M. Lynch  (6197698)
James Hegarty  (6280186)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606
Telephone: (312) 201-2000
Facsimile: (312) 201-2555

*Attorneys for Plaintiff Polaris Sales Inc.*

## CERTIFICATE OF SERVICE

      James J. Hegarty, an attorney, hereby certifies that he caused a copy of the foregoing Notice of Motion and Polaris Sales Inc.'s Motion For Leave to File Additional Statements of Fact *Nunc Pro Tunc* to be served upon all counsel of record by ECF on July 15, 2008.

                                              /s/ James J. Hegarty