**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Polaris Sales, Inc.
          Plaintiff,

v.                   Case No.: 1:08−cv−01924
                  Honorable James B. Zagel

HSBC Bank Nevada, N.A.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

  MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 7/22/2008. MOTION by Plaintiff Polaris Sales, Inc. for leave to file additional statements of fact nunc pro tunc [37] is granted. Motion to strike and motion for summary judgment taken under advisement. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.