# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Polaris Sales, Inc.

                                    Plaintiff,

v.                                                  Case No.: 1:08–cv–01924
                                                    Honorable James B. Zagel

HSBC Bank Nevada, N.A., et al.

                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, August 13, 2008:


        MINUTE entry before the Honorable James B. Zagel:Status hearing held on 8/13/2008. MOTION for summary judgment [25] is granted. Motion to strike [31] is denied.Mailed notice(drw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.