# United States District Court
## Northern District of Illinois
Eastern Division

| | |
|---|---|
| POLARIS SALES, INC. | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 1924 |
| HSBC BANK NEVADA. N.A. | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that summary judgment is entered in favor of defendant and against plaintiff, Polaris Sales, Inc.

Michael W. Dobbins, Clerk of Court

Date: 8/13/2008

/s/ Donald Walker, Deputy Clerk