IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **POLARIS SALES INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 1924 |
| | ) | |
| v. | ) | Judge Zagel |
| | ) | |
| **HSBC BANK NEVADA, N.A.**, | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Linda K. Stevens, Esq.
       Schiff Hardin LLP
       6600 Sears Tower
       233 South Wacker Drive
       Chicago, Illinois  60606

   PLEASE TAKE NOTICE that on Tuesday, September 2, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel or any judge sitting in his stead, in Room 2503 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached Polaris Sales Inc.'s *Motion For Relief From Judgment* and *Memorandum in Support For Relief From Judgment*, a copies of which are hereby served upon you.

**POLARIS SALES INC.**

By:   /s/ Thomas M. Lynch
       One of its attorneys

Thomas M. Lynch  (6197698)
James Hegarty  (6280186)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2000 / Fax: (312) 201-2555
*Attorneys for Plaintiff Polaris Sales Inc.*

## **CERTIFICATE OF SERVICE**

I, Thomas M. Lynch, an attorney, state that I have caused to be served a copy of the foregoing document to all counsel of record via electronic case filing system (CM/ECF) as indicated below, from 225 West Wacker Drive, Chicago, Illinois, 60606, on this 27th day of August 2008:

>Ronald S. Safer - rsafer@schiffhardin.com
>Linda K. Stevens - lstevens@schiffhardin.com

/s/  Thomas M. Lynch